UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
SAMUEL JEWLER, et al.,                  )
                                        )
        Plaintiffs,                     )
                                        )
        v.                              )        Civil Action No. 12-1843 (PLF)
                                        )
DISTRICT OF COLUMBIA, et al.,           )
                                        )
        Defendants.                     )
_____ )


ORDER

        For the reasons stated in the Court's Memorandum Opinion issued this same day,

it is hereby

        ORDERED that Plaintiffs' Motion for Final Judgment Pursuant to Rule 54(b) as

to Bank Defendants and Akridge Defendants [Dkt. 87] is GRANTED; and it is

        FURTHER ORDERED that the Court's June 21, 2016 Order [Dkt. 86] represents

its FINAL JUDGMENT regarding all claims against Bank of America, N.A. and Joseph Massey,

as well as the John Akridge Company, Phillip McGovern, Kathleen McKeon, and Judy Oakley.

This is a final appealable order. See FED. R. APP. P. 4(a).

        SO ORDERED.


                                                /s/_____
                                                PAUL L. FRIEDMAN
DATE:  July 28, 2016                            United States District Judge